Name & Address:
Specially Appearing Reuven L. Cohen (Bar No. 231915)
Cohen Williams LLP
724 S. Spring St, 9th Floor
Los Angeles, CA 90014

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:25-mj-3689 |
| v. | |
| PAUL RICHARD RANDALL | **NOTIFICATION RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved.  The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge Brianna Mircheff_____

on _____ at _____ ☐ a.m. ☐ p.m.

in courtroom _____.

☐  is not approved.

☐  Other: _____

    An interpreter is  ☐ required  ☑ is not required.  Language _____
    Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

_____    _____    _____
Date                                    Deputy Clerk                         Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation   ☐ Interpreter's Office   ☐ PSA.

NOTIFICATION  RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)

CR-88A  (10/09)