Reuven L. Cohen (Bar No. 231915)
Email: rcohen@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Specially Appearing Attorney for Defendant
Paul Richard Randall

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>PAUL RICHARD RANDALL,<br><br>      Defendant. | Case No. 2:25-mj-3689<br><br>**[PROPOSED] ORDER SEALING DOCUMENTS**<br><br>*Filed concurrently with Ex Parte Application for Order Sealing Documents* |

1  For good cause shown, IT IS HEREBY ORDERED THAT:

2  Defendant Paul Richard Randall's *Ex Parte* Application for Order Sealing
3  Documents in Support of Application for Reconsideration of Order Setting Conditions of
4  Release or Detention is GRANTED.

5  IT IS SO ORDERED.

7  Dated:

                                        _____
9                                       Honorable Brianna Mircheff
10                                      United States Magistrate Judge

11  Presented by:

13  */s/ Reuven L. Cohen*
    Reuven L. Cohen
14  COHEN WILLIAMS LLP
    Specially Appearing Attorney for
15  Defendant Paul Richard Randall