1 | Reuven L. Cohen (Bar No. 231915)
Email: rcohen@cohen-williams.com
2 | COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
3 | Los Angeles, CA 90014
Telephone: (213) 232-5160
4 | Facsimile: (213) 232-5167

5 | Specially Appearing Attorney for Defendant
Paul Richard Randall

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:25-mj-3689 |
|---|---|
| Plaintiff, | **ORDER SEALING DOCUMENTS** |
| v. | *Filed concurrently with Ex Parte Application for Order Sealing Documents* |
| PAUL RICHARD RANDALL, | |
| Defendant. | |

1

For good cause shown, IT IS HEREBY ORDERED THAT:

Defendant Paul Richard Randall's *Ex Parte* Application for Order Sealing Documents in Support of Application for Reconsideration of Order Setting Conditions of Release or Detention is GRANTED.

IT IS SO ORDERED.

Dated: JULY 8, 2025

_____
Honorable Brianna Fuller Mircheff
United States Magistrate Judge

Presented by:

*/s/ Reuven L. Cohen*
Reuven L. Cohen
COHEN WILLIAMS LLP
Specially Appearing Attorney for
Defendant Paul Richard Randall